DAVID L. LATOURETTE, Respondent, *v.* DAVID CLARK, Appellant.

(Argued May 20, 1872; decided September term, 1872.)

THIS was an action against defendant, a stockholder, and one of the directors of the Protective Insurance Company, of Hartford, Conn., for an alleged fraudulent conspiracy to repre-

sent the company to be sound, when in fact it was, as defend-
ant well knew, insolvent, whereby defendant was induced to
insure, etc. (Reported below, 45 Barb., 327.)

The principal proof of the alleged fraudulent representa-
tions were sworn copies taken from the book of the company
of statements of its affairs made by auditors, of whom
defendant was one. The case was decided upon the ground
of error in the receipt of the copies as evidence; that there
was no sufficient evidence of loss of the book to authorize
secondary evidence of its contents.

*T. C. S. Buckley* for the appellant.

*John K. Porter* for the respondent.

GRAY, C., reads for reversal.
All concur.
Judgment reversed and new trial ordered.